## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's foregoing Notice of Removal has been served, via first-class mail, postage prepaid, upon the following counsel on the date set forth below:

John Arak Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
*Counsel for Plaintiff League of Women Voters of Pennsylvania, et al.*

Paul David Gersch
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
*Counsel for Plaintiff League of Women Voters of Pennsylvania, et al.*

Daniel Fredrick Jacobson
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
*Counsel for Plaintiff League of Women Voters of Pennsylvania, et al.*

R. Stanton Jones
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
*Counsel for Plaintiff League of Women Voters of Pennsylvania, et al.*

Elisabeth S. Theodore
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
*Counsel for Plaintiff League of Women Voters of Pennsylvania, et al.*

Linda Cadden Barrett
Arnold & Porter Kaye Scholer LLP

601 Massachusetts Ave., NW
Washington, DC 20001
*Counsel for Plaintiff League of Women Voters of Pennsylvania, et al.*

Lazar Melton Palnick
1216 Heberton Street
Pittsburgh, PA 15206
(412)661-3633
*Counsel for Defendant Michael J. Stack*

Alex Michael Lacey
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(412) 297-4642
*Counsel for Defendant Michael J. Stack*

Alice Birmingham Mitinger
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(412) 297-4642
*Counsel for Defendant Michael J. Stack*

Clifford B. Levine
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(412) 297-4642
*Counsel for Defendant Michael J. Stack*

Benjamin David Geffen
1709 Benjamin Franklin Parkway, 2nd Floor
Philadelphia, PA 19103
(215) 627-7100
*Counsel for Plaintiff League of Women Voters*

Mary M. McKenzie
1709 Benjamin Franklin Parkway, 2nd Floor
Philadelphia, PA 19103
(215) 627-1319
*Counsel for Plaintiff League of Women Voters*

Michael Churchill
1709 Benjamin Franklin Parkway, 2nd Floor

Philadelphia, PA 19103
(215) 627-1319
*Counsel for Plaintiff League of Women Voters*

Brian S. Paszamant
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5791
*Counsel for Defendant Joseph B. Scarnati, III*

Jason Adam Snyderman
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5791
*Counsel for Defendant Joseph B. Scarnati, III*

John Patrick Wixted
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5791
*Counsel for Defendant Joseph B. Scarnati, III*

Carolyn Batz McGee
Cipriani & Werner, P.C.
650 Washington Road
Suite 700
Pittsburg, PA 15228
(412) 563-2500
*Counsel for Defendant Michael C. Turzai*

John E. Hall
Cipriani & Werner, P.C.
650 Washington Road
Suite 700
Pittsburg, PA 15228
(412) 563-2500
*Counsel for Defendant Michael C. Turzai*

Lawrence J. Tabas
Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street, Suite 3400
Philadelphia, PA 19102
 (215) 665-3158

*Counsel for Intervenors Brian McCann, et al.*

Timothy James Ford
Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street, Suite 3400
Philadelphia, PA 19102
*Counsel for Intervenors Brian McCann, et al.*

Rebecca Lee Warren
Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street, Suite 3400
Philadelphia, PA 19102
*Counsel for Intervenors Brian McCann, et al.*

Ian Blythe Everhart
305 North Office Building
Harrisburg, PA 17120
(717) 346-0462
*Counsel for Defendants Jonathan M. Marks and Robert Torres*

Timothy Eugene Gates
Department of State, Office of Chief Counsel
306 North Office Building
Harrisburg, PA 17120
*Counsel for Defendants Jonathan M. Marks and Robert Torres*

Kathleen Marie Kotula
306 North Office building
401 North Street
Harrisburg, PA 17120-0500
*Counsel for Defendants Jonathan M. Marks and Robert Torres*

Kathleen A. Gallagher
650 Washington Road
Suite 700
Pittsburgh, PA 15219
(412) 563-2500
*Counsel for Defendants Michal C. Turzai and Pennsylvania General Assembly*


Sean Martin Concannon
Governor's Office of General Counsel
333 Market Street 17th Floor
Harrisburg, PA 17101
(717)787-9348

{01275938;v1 }

*Counsel for Defendant Thomas W. Wolf*

Thomas Paul Howell
Governor's Office of General Counsel
333 Market Street 17th Floor
Harrisburg, PA 17101
*Counsel for Defendant Thomas W. Wolf*

Shawn Sheehy
Holtzman Vogel Joseflak Torchinsky
45 North Hill Drive; Suite 100
Warrenton, VA 20186
*Counsel for Defendants Pennsylvania General Assembly, Joseph B. Scarnati III, and Michael C. Turzai*

_____
Matthew H. Haverstick

Dated: November 14, 2017

{01275938;v1 }