IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al.<br><br>v.<br><br>THE COMMONWEALTH OF PENNSYLVANIA, et al. | CIVIL ACTION<br><br>NO. 17-5137<br><br>DATE OF NOTICE:  November 16, 2017 |
|---|---|

## NOTICE

Please be advised that a **HEARING** on Plaintiffs' Emergency Motion to Remand (ECF 2) will be held today, **Thursday, November 16, 2017 at 2:00 p.m.**, before the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia.  Any out-of-town counsel may participate by phone by calling 267-299-7520 at the time of the hearing.

/s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

cc:    Mary McKenzie, Esq. (mmckenzie@pubintlaw.org)
       Matthew Haverstick, Esq. (mhaverstick@kleinbard.com)

O:\CIVIL 17\17-5137 League of Women Voters v Commw of PA\17cv5137 hearing notice 11162017.doc