

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al.<br><br>v.<br><br>THE COMMONWEALTH OF PENNSYLVANIA, et al. | CIVIL ACTION<br><br>NO. 17-5137 |
|---|---|

FILED
NOV 16 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW this 16th day of November, 2017, upon consideration of Defendant Senator Joseph B. Scarnati, III's Emergency Motion to Withdraw Notice of Removal (ECF 9), the Motion it hereby **GRANTED** and it is further **ORDERED** that this matter is **REMANDED** back to the Pennsylvania Supreme Court with prejudice. Any request for fees or costs should be filed within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL\17\17-5137 League of Women Voters v Commw of PA\17cv5137 Order re Withdrawal of Notice of Removal 11162017.docx