# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al.**<br><br>v.<br><br>**THE COMMONWEALTH OF PENNSYLVANIA, et al.** | **CIVIL ACTION**<br><br>**NO. 17-5137** |

## ORDER

**AND NOW** this 13th day of April, 2018, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for Counsel Fees and Costs (ECF 24) is **GRANTED** and Senator Scarnati shall pay to Plaintiffs counsel fees in the amount of $26,240.00, and costs in the amount of $3,120.02, for a total of $29,360.02, within 14 days.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-5137 League of Women Voters v Commw of PA\17cv5137 order granting counsel fees.docx