IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al., <br>     *Plaintiffs*, <br> v. <br><br> THE COMMONWEALTH OF PENNSYLVANIA, et al., <br>     *Defendants*. | No. 17-cv-5137 |

## NOTICE OF APPEAL

Notice is hereby given that DEFENDANT JOSEPH B. SCARNATI, III, IN HIS OFFICIAL CAPACITY AS PENNSYLVANIA SENATE PRESIDENT PRO TEMPORE hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this action on April 13, 2018 (Document 29), which granted Plaintiffs' Motion for Counsel Fees and Costs.

Respectfully submitted,

Dated: April 16, 2018

s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Mark E. Seiberling (No. 91256)
KLEINBARD LLC
One Liberty Place, 46th Floor
1650 Market Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Fax: (215) 568-0140

Joshua J. Voss (No. 306853)
KLEINBARD LLC
115 State Street, 2nd Floor
Harrisburg, PA 17101
Ph: (717) 836-7492
Fax: (215) 568-0140

*Attorneys for Defendant Senator Joseph B. Scarnati, III, In His Official Capacity as Senate President Pro Tempore*