IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al.,<br>    *Plaintiffs*,<br>v.<br><br>THE COMMONWEALTH OF PENNSYLVANIA, et al.,<br>    *Defendants*. | No. 17-cv-5137 |

**DEFENDANT SENATOR JOSEPH B. SCARNATI, III'S MOTION TO STAY
ENFORCEMENT OF THE APRIL 13, 2018 ORDER**

Pursuant to Federal Rule of Civil Procedure 62, Senator Joseph B. Scarnati, III, In His Official Capacity as Pennsylvania Senate President Pro Tempore, respectfully moves this Court to stay enforcement of the April 13, 2018 Order pending disposition of his appeal, filed in the Third Circuit Court of Appeals at 18-1838. The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference.

**WHEREFORE**, Defendant Senator Scarnati, requests that this Court grant this Motion and enter an appropriate stay.

Respectfully submitted,

s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
One Liberty Place, 46th Floor
1650 Market Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Fax: (215) 568-0140
*Attorney for Sen. Joseph B. Scarnati, III*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion to be served on counsel via the Court's CM/ECF system.

s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
One Liberty Place, 46th Floor
1650 Market Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Fax: (215) 568-0140
*Attorney for Sen. Joseph B. Scarnati, III*
