# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al., *Plaintiffs*, v. THE COMMONWEALTH OF PENNSYLVANIA, et al., *Defendants*. | No. 17-cv-5137 |

FILED
APR 27 2018
KATE BARKMAN, Clerk
by _____ Dep. Clerk

## ORDER

Upon consideration of Defendant's Motion to Stay Enforcement of the April 13, 2018 Order, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the April 13, 2018 Order cannot be enforced pending the disposition of the appeal now pending in the Third Circuit Court of Appeals at 18-1838.

BY THE COURT:

DATED: 4/27/18

_____
Hon. Michael Baylson

ENT'D APR 27 2018