# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, et al.**<br><br>v.<br><br>**THE COMMONWEALTH OF PENNSYLVANIA, et al.** | **CIVIL ACTION**<br><br>**NO. 17-5137** |

## ORDER

**AND NOW** this 21st day of May, 2018, Plaintiff League of Women Voters' motion for leave to file a correspondence (ECF 25) is denied as moot.

                        **BY THE COURT:**

                        **MICHAEL M. BAYLSON**
                        **United States District Court Judge**

O:\CIVIL 17\17-5137 League of Women Voters v Commw of PA\17cv5137 order denying correspondence.docx