UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1838
_____

LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA; CARMEN FEBO
SAN MIGUEL; JAMES SOLOMON; JOHN GREINER; JOHN CAPOWSKI;
GRETCHEN BRANDT; THOMAS RENTSCHLER; MARY ELIZABETH LAWN; LISA
ISAACS; DON LANCASTER; JORDI COMAS; ROBERT SMITH;
WILLIAM MARX; RICHARD MANTELL; PRISCILLA MCNULTY; THOMAS ULRICH;
ROBERT MCKINSTRY; MARK LICHTY; LORRAINE PETROSKY

v.

THE COMMONWEALTH OF PENNSYLVANIA; THE PENNSYLVANIA GENERAL
ASSEMBLY; GOVERNOR OF PENNSYLVANIA, in his capacity as governor of
Pennsylvania; MICHAEL J. STACK, III, in his capacity as Lieutenant Governor of Pennsylvania
and President of the Pennsylvania Senate; MICHAEL C. TURZAI, in his capacity as Speaker of
the Pennsylvania House of Representatives; JOSEPH B. SCARNATI, III, in his capacity as
Pennsylvania Senate President Pro Tempore; SECRETARY OF THE COMMONWEALTH OF
PENNSYLVANIA; COMMISSIONER OF THE BUREAU OF COMMISSIONS, ELECTIONS,
AND LEGISLATION OF THE PENNSYLVANIA DEPARTMENT OF STATE

Joseph B. Scarnati, III,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Civil Action No. 2-17-cv-05137
(District Judge: Honorable Michael M. Baylson)

_____

Argued: November 7, 2018

Before: AMBRO, SCIRICA, and RENDELL, *Circuit Judges*.

# JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on November 7, 2018. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered April 13, 2018, be, and the same is hereby AFFIRMED in part, REVERSED in part, and REMANDED. Each party shall bear its own costs. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: April 24, 2019

Certified as a true copy and issued in lieu of a formal mandate on 05/16/2019

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit